No. 98–9982. OWENS *v.* KEMNA, SUPERINTENDENT, CROSS-ROADS CORRECTIONAL CENTER, ET AL. C. A. 8th Cir. Certiorari denied.

No. 98–9983. RICOTTA *v.* CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–9985. HAMILTON *v.* ROE, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–9986. DUA *v.* UNITED STATES ET AL. C. A. D. C. Cir. Certiorari denied.

No. 98–9987. GORHAM *v.* TEXAS. Ct. App. Tex., 14th Dist. Certiorari denied.

No. 98–9988. HOOPER *v.* STRINGFELLOW. Sup. Ct. Ga. Certiorari denied.

No. 98–9989. MOORE *v.* FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 98–9990. MARK *v.* UNITED STATES ET AL. C. A. 4th Cir. Certiorari denied.

No. 98–9991. RODRIGUEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–9993. BRADY *v.* PRISON HEALTH CARE SERVICES, INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–9994. SIMPSON *v.* SIKES, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 98–9995. MANCINI *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–9996. JOHNSON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–9997. BARBER *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 98–9998. EVANS *v.* HICKS, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 98–9999. FULLER *v.* TIDWELL ET AL. C. A. 8th Cir. Certiorari denied.